1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORNA DORRELL | Case No. CIV-09-112 EFB |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | |
| MICHAEL J. ASTRUE **Commissioner of Social Security of the United States of America,** | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from August 3, 2009, to November 10, 2009.   This is Plaintiff's first extension and is required due to Plaintiff's counsel's extremely heavy briefing schedule through October of 2009.

/ / / /

/ / / /

/ / / /

1

Dated: August 3, 2009                      */s/Bess M. Brewer*
BESS M. BREWER
Attorney at Law

Attorney for Plaintiff

Dated: August 3, 2009                      Lawrence G. Brown

Acting United States Attorney

/s/ *Jaime Luna Preciado*
JAIME LUNA PRECIADO
Special Assistant U.S. Attorney
Social Security Administration

Attorney for Defendant

**ORDER**

Given the length of the extension granted herein, the court is not inclined to grant further requests for extension of time absent a showing of substantial cause.

SO ORDERED.

DATED: August 4, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2