IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LORNA DORRELL,

        Plaintiff,                    No. CIV S-09-112 EFB

     vs.

MICHAEL J. ASTRUE,             <u>ORDER TO SHOW CAUSE</u>
Commissioner of Social Security,

        Defendant.
                                 /

        Plaintiff filed a complaint and a motion to proceed in this action *in forma pauperis* on January 13, 2009. Dckt. Nos. 1, 2. On February 9, 2009, this court granted plaintiff's motion to proceed *in forma pauperis* and issued a scheduling order setting forth, *inter alia*, a deadline by which defendant was required to file the administrative transcript and an answer or other response to plaintiff's complaint, and a deadline by which plaintiff was required to file a motion for summary judgment and/or remand. Dckt. No. 4. The scheduling order further provided that "[f]ailure to comply with any portion of this schedule may result in sanctions, including striking a motion from calendar, or striking the complaint or answer." *Id.* at 3. On June 16, 2009, defendant filed the administrative transcript and an answer to plaintiff's complaint. Dckt. Nos. 10, 11.

////

1

On August 3, 2009, the parties filed a stipulation to extend the deadline for plaintiff's summary judgment motion from August 3, 2009 to November 10, 2009. Dckt. No. 14. On August 4, 2009, the undersigned approved the parties' stipulation and granted plaintiff the requested extension. Dckt. No. 15. The court further stated that "[g]iven the length of the extension granted herein, the court is not inclined to grant further requests for extension of time absent a showing of substantial cause." *Id.* On November 10, 2009, the parties again filed a stipulation to extend the deadline for plaintiff's summary judgment motion from November 10, 2009 to December 28, 2009. Dckt. No. 17. On November 10, 2009, the undersigned reluctantly approved the stipulation, but admonished plaintiff that the court was not inclined to grant any further extensions of time in this action. Dckt. No. 18.

The court's docket reveals that plaintiff has not filed a motion for summary judgment, and has not otherwise communicated with the court since the court approved the November 10, 2009 stipulation. Accordingly, plaintiff is ordered to show cause in writing on or before February 17, 2010, why this case should not be dismissed for lack of prosecution and why plaintiff and/or plaintiff's counsel should not be monetarily sanctioned for failure to comply with court orders. *See* L.R. 110 (providing that failure to comply with the Local Rules or a court order "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."). Failure to timely file the required writing will result in dismissal and may result in the imposition of monetary sanctions. *See* Fed. R. Civ. P. 41(b). If plaintiff and/or plaintiff's counsel wishes to be heard on the sanctions issue, they shall so indicate in the written response to this order to show cause.

SO ORDERED.

DATED: January 29, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE