IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LORNA DORRELL,

     Plaintiff,                        No. CIV S-09-0112 EFB

     vs.

MICHAEL J. ASTRUE,              ORDER
Commissioner of Social Security,

     Defendant.
_____/

On February 1, 2010, this court ordered plaintiff to show cause why this case should not be dismissed and why plaintiff and/or plaintiff's counsel should not be sanctioned as a result of plaintiff's failure to timely file a motion for summary judgment and/or remand. Dckt. No. 19. On February 17, 2010, plaintiff filed a response to the order to show cause, indicating that the failure was inadvertent and negligent, requesting leave to file a late summary judgment motion, and stating that opposing counsel did not oppose the late filing. Dckt. No. 20. Also, on February 18, 2010, plaintiff filed a motion for summary judgment. Dckt. No. 21. In light of plaintiff's filings, the request for leave to file a late summary judgment motion is granted and the February 1, 2010 order to show cause is discharged.

SO ORDERED.

DATED: March 18, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE