1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH FIRER
4  Special Assistant United States Attorney

5       333 Market Street, Suite 1500
        San Francisco, California 94105
6       Telephone:  (415) 977-8937
        Facsimile:  (415) 744-0134
7       E-Mail: Elizabeth.Firer@ssa.gov

8  Attorneys for Defendant

9              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF CALIFORNIA
10
               **SACRAMENTO DIVISION**
11

12  LORNA DORRELL,                    )
                                      )        CIVIL NO. 2:09-CV-00112 EFB
13       Plaintiff,                   )
                                      )
14            v.                      )        STIPULATION AND ORDER TO EXTEND
                                      )        TIME
15  MICHAEL J. ASTRUE,                )
    Commissioner of                   )
16  Social Security,                  )
                                      )
17       Defendant.                   )
    _____)

18

19      The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the

20  attached Order, that Defendant shall have an extension of time of 30 days to respond to Plaintiff's

21  Opening Brief up to and including April 21, 2010.  This extension is being sought because the

22  undersigned counsel for the Commissioner has had a heavy work load over the past two months.  In

23  February and March 2010, Counsel has or has had to file 14 district court briefs and a Ninth Circuit

24  attorney fees brief in addition to two Ninth Circuit mediation conferences and a Ninth Circuit oral

25  argument.  Counsel has also recently and unexpectedly missed work due to illness and to a death in her

26  extended family.

27

28  ///

1

2    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

3

4                                                    Respectfully submitted,

5                                                    */s/Bess M. Brewer*
     Dated: March 22, 2010            _____
6                                                    BESS M. BREWER
                                                     (as authorized via email)
7                                                    Attorney at Law

8                                                    Attorney for Plaintiff

9

10   Dated: March 22, 2010            BENJAMIN B. WAGNER
                                                     United States Attorney
11                                                   LUCILLE GONZALES MEIS
                                                     Regional Chief Counsel, Region IX
12                                                   Social Security Administration

13                          By:
                                                     */s/ Elizabeth Firer*
14                                    _____

15                                                   ELIZABETH FIRER
                                                     Special Assistant U.S. Attorney

16                                                   Attorneys for Defendant

17

18                                    **ORDER**

19
          APPROVED AND SO ORDERED.
20
     DATED:  March 23, 2010.
21

22                                    EDMUND F. BRENNAN
                                                     UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28

                                                     2