BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH FIRER
Special Assistant United States Attorney

333 Market Street, Suite 1500
San Francisco, California 94105
Telephone: (415) 977-8937
Facsimile: (415) 744-0134
E-Mail: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| LORNA DORRELL,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 2:09-CV-00112 EFB<br><br>STIPULATION AND ORDER TO EXTEND TIME |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a SECOND extension of time of 30 days to respond to Plaintiff's Opening Brief up to and including May 21, 2010. This extension is being sought because, while drafting the Commissioner's response to Plaintiff's Opening Brief, the undersigned counsel for the Commissioner realized that she must attempt to voluntarily remand this matter. The process of seeking voluntary remand requires further consultation with her client and cannot be accomplished within the time granted by this Court on March 23, 2010. Counsel regrets that she did not discover this fact earlier. Thirty days are necessary because Counsel will be out of the office from April 26 through May 7, 2010 and must complete and file 4 other briefs prior to her departure.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: April 22, 2010 | /s/Bess M. Brewer |
|  | BESS M. BREWER<br>(as authorized via email)<br>Attorney at Law |
|  | Attorney for Plaintiff |
| Dated: April 22, 2010 | BENJAMIN B. WAGNER<br>United States Attorney<br>LUCILLE GONZALES MEIS<br>Regional Chief Counsel, Region IX<br>Social Security Administration |
| By: | /s/ Elizabeth Firer |
|  | ELIZABETH FIRER<br>Special Assistant U.S. Attorney |
|  | Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED:  April 22, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE