BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH FIRER
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8937
    Facsimile: (415) 744-0134
    E-Mail: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORNA DORRELL, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, <br> Commissioner of <br> Social Security, <br><br> Defendant. | CIVIL NO. 2:09-CV-00112-EFB <br><br> STIPULATION AND PROPOSED ORDER OF VOLUNTARY REMAND AND DISMISSAL OF CASE, WITH DIRECTIONS TO CLERK TO ENTER JUDGMENT |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

    Upon remand, the Administrative Law Judge (ALJ) must give Plaintiff the opportunity to participate in another hearing. The ALJ will reconsider the medical opinions including those of reviewing and examining physicians Drs. Jordan, Lang and Xeller. The ALJ must obtain vocational expert testimony, and the ALJ will otherwise develop the record as needed.

    It is further stipulated that the administrative decision is hereby vacated and that the Clerk of this Court shall be directed to enter a separate judgment herein, as provided for under Rules 58 and 79(a) of

////

////

////

the Federal Rules of Civil Procedure, pursuant to <u>Shalala v. Schaefer</u>, 509 U.S. 292, 113 S. Ct. 2625 (1993).

                        Respectfully submitted,

Dated: May 24, 2010            */s/ Bess Brewer*
                                    (As authorized via email)
                                    BESS M. BREWER
                                    Attorney for Plaintiff

Dated: May 24, 2010            BENJAMIN B. WAGNER
                                    United States Attorney
                                    LUCILLE GONZALES MEIS
                                    Regional Chief Counsel, Region IX
                                    Social Security Administration

                                    */s/ Elizabeth Firer*
                                    ELIZABETH FIRER
                                    Special Assistant U.S. Attorney

                                    Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED.

DATED: May 25, 2010.

                                    EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE